IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH McATEER, administrator of the estate of James McAteer | : : : | CIVIL ACTION |
| v. | : : | |
| THE UNITED STATES OF AMERICA | : | NO. 23-1335 |

## ORDER

**AND NOW**, this 28th day of August, 2024, upon consideration of the Government's "Motion to Dismiss and/or for Summary Judgment on Claims Based on Discretionary Functions" (Docket No. 26) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE** to the extent they arise from the May 4, 2020 decision to assign James McAteer to a single cell. The Motion is **DISMISSED** as moot in all other respects.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.